FILED-USDC-NDTX-DA '26 OCT 14 PM2:17

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Duncan John MacDonald
a.k.a. Duncan John
a.k.a. DJ

## SEALED WARRANT FOR ARREST

CASE NUMBER: 3:26-CR-652-O (01)

MAG. CASE NUMBER: ______

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Duncan John MacDonald

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Sealed Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Defraud the United States; Aiding and Assisting in the Preparation of False Income Tax Returns; Tax Envision; Wire Fraud; Monetary Transactions with Criminally Derived Property

in violation of Title 18; 26

United States Code, Section(s)

371; 7206(2); 7201; 1343; 1957

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

U.S. Magistrate Judge Renee Harris Toliver
Judge

9/24/2026
Date

Dallas, TX
Location

s/A. Monserrate
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DFW AIRPORT TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-24-26 | CHARLES WALKER<br>SPECIAL AGENT | [signature] |
| DATE OF ARREST<br>10-9-26 | | |