# United States District Court
## Northern District of Texas
Dallas Divison

FILED-USDC-NDTX-DA
'26 OCT 14 PM2:17

UNITED STATES OF AMERICA

V.

Sarah Duren

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:26-CR-652-O (02)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest Sarah Duren

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Defraud the United States; Tax Evasion

in violation of Title 18; 26;

United States Code, Section(s)

371; 7201;

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

U.S Magistrate Judge Renee Harris Toliver
Judge

9/24/2026
Date

Dallas, TX
Location

S/M. Aguayo
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas - TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/24/2026 | Harman Huff - Special Agent | [signature] |
| DATE OF ARREST 10/14/2026 | | |

IRS