**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
By ____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:26-cr-00652-O |
| | § | |
| RICHARD RONALD CAYCE (3) | § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 26th day of October, 2026

[signature]
Signature of Attorney

Jeffrey D. Wagner
Attorney Name (Please Print)

24054611
Attorney Bar Number

PO Box 1864
Street Address

Weatherford, TX 76086
City, State, Zip

wagnerlaw@att.net
E-mail Address

817-748-2623
Telephone Number (including area code)

N/A
Fax Number